

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| United States of America | ) |
| v. | ) |
|  | ) Case No. 12 3265 PWG |
|  | ) |
|  | ) |
| Derrick Elrod | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 2008-December 2011  in the county of _____ in the _____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1349 | Conspiracy to Commit Bank Fraud |
| 18 USC § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See affidavit which is attached hereto and incorporated herein by reference

x   Continued on the attached sheet.

_____
Complainant's signature

Mark Joyner, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/17/12  11:30 am.

City and state: Baltimore, MD

_____
Judge's signature

Paul W. Grimm, Cheif US Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Mark Joyner, ("Your Affiant"), a Special Agent (SA) with the United States Homeland Security Investigations, Immigration and Customs Enforcement, being duly sworn, depose and state as follows:

1.  I am a Special Agent with Immigration and Customs Enforcement. I have been a law enforcement officer in Maryland since 2004. I am a law enforcement officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code. More specifically, I have been involved in the investigation of criminal violations relating to Bank Fraud in violation of United States Code 1344, Wire Fraud in violation of United States Code 1343, and Identity Theft in violation of United States Code 1028. I am a graduate of the Federal Law Enforcement Training Center at Glynco, GA and the United States Postal Inspection Service Career Development Division in Potomac, Maryland. I am currently assigned to the Resident Agent in Charge, Ocean City, Maryland.

2.  As a federal agent, your affiant is authorized to investigate violations of laws of the United States, and I am law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3.  This affidavit is made in support of a criminal complaint and arrest warrant for DERRICK ELROD ("ELROD"), date of birth \*\*/\*\*/1977, for violations of Title 18, United States Code, § 1349 (Conspiracy to Commit Bank Fraud); and Title 18, United States Code, § 1028A (Aggravated Identity Theft).

4.  The statements in this affidavit are based in part on information provided by other law enforcement officers and witnesses, and on my experience and background as a Special



Agent. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violationsof Title 18, United States Code, § 1349 (Conspiracy to Commit Bank Fraud); and Title 18, United States Code, § 1028A (Aggravated Identity Theft) have occurred.

## PROBABLE CAUSE

5. The investigation in this case has revealed Christopher DEVINE ("DEVINE"), Lenee WILLIAMSON, Quanishia WILLIAMSON-ROSS, and others known and unknown (referred to collectively as "the Conspirators") engaged in a scheme to defraud various financial institutions by opening checking accounts to deposit fraudulent checks in order to purchase consumer goods and services for their own use without intending to pay for them, thereby obtaining money and property from, and causing a loss to victim financial institutions. DEVINE, WILLIAMSON, and WILLIAMSON-ROSS were indicted by a federal grand jury and charged with Conspiracy to Commit Bank Fraud in violation of 18 U.S. C. § 1349, four counts of Access Device Fraud in violation of 18 U.S. C. § 1029(a)(5), four counts of Aggravated Identity Theft in violation of 18 U.S. C. § 1028A(a)(1), and one count of Possession of False Identity Documents in violation of 18 U.S. C. § 1028(a)(3).[1]

6. The Conspirators also used the names, social security numbers and other personal identifying information that they had obtained to fraudulently apply for checking accounts and prepaid credit cards from financial institutions, using the addresses of the defendants, and other

---

[1] A copy of the indictment under case number CCB-12-0166 is attached to the Affidavit as Exhibit 1.

2



addresses controlled by or accessible to members of the conspiracy. The Conspirators used the Internet, the mails and telephones to submit these fraudulent applications in the names of others.

7.  The Conspirators engaged in the scheme between December 2008 through December 2011. DEVINE was the leader and organizer of the scheme that initially operated in Philadelphia, Pennsylvania, but later moved to Delaware and then to Maryland. The conspirators continued to operate the scheme to defraud in each location.

8.  Based on witness interviews and the review of bank records, the investigation has revealed that the bank accounts were opened in at least two formats: In the first, the Conspirators recruited individuals to open checking accounts and obtain check cards for the accounts at various financial institutions. One or more of the Conspirators would accompany the individuals into the bank when the accounts were applied for and opened, and then DEVINE would assume control of the accounts and associated check cards after the accounts were established. In exchange for opening the accounts and giving control of the accounts, DEVINE, offered to pay these individuals in cash. In this first format, the Conspirators also opened checking accounts at various banks in their own names for use in the scheme.

9.  In the second format of opening accounts, DEVINE purchased the identifying information of individuals who were clients in a residential facility in Philadelphia, Pennsylvania for adults with mental health needs. As will be discussed more fully below, DEVINE purchased the information from a friend who was an employee at the facility. This individual has been identified as ELROD.

10. The Conspirators also obtained fraudulent identifications with the names of the individual victims, but bearing the photographs of the Conspirators.



11.     In December 2011, local police from Wicomico County, Maryland obtained search warrants for two Salisbury, Maryland residences used by the Conspirators. The addresses of the residences are 535 East Lincoln Avenue, Salisbury, Maryland and 411 Franklin Avenue, Salisbury, Maryland. Your affiant has examined evidence taken from these locations as well as a van driven by DEVINE, and cataloged the evidence. The evidence consists of hundreds of pieces of evidence related to an identity theft and credit card fraud scheme to include credit/debit cards, social security cards, fraudulent driver's licenses, and personal identifying information such as names, addresses, SSNs, and credit information of multiple individuals. After reviewing the evidence your affiant determined that the Conspirators were in possession of the personal identification information of approximately 300 individuals.

12.     Your Affiant has conducted interviews with three confidential sources who have each provided information that your Affiant has deemed reliable, and that has been corroborated by independent sources. All three of these individuals provided information that has identified ELROD as a source of personal identification information for the Conspirators, specifically, to DEVINE. The information included providing the name "Derrick" and/or "Derrick Elrod," providing a description of "Derrick/Derrick Elrod" consistent with ELROD's, identifying ELROD's employer as a Philadelphia residential facility of individuals with mental health needs, and descriptions of incidents where DEVINE purchased lists of names with identifying information from ELROD.

13.     Your affiant recently reviewed the records of Resources for Human Development, Inc. ("RHD"). RHD is the owner of residential program called Pine Street Program ("the Program") in Philadelphia. According to information supplied by RHD, the Program is "a



supported independent living and behavior shaping program for consumers with mental health needs." ELROD was employed by RHD at the Program as a "Residential Advisor" from October 24, 2005 through March 18, 2012, when he was terminated for "improper conduct."

14.   The Program's client roster consisted of 41 individuals. Your affiant compared the Program client roster with a list of approximately 300 identities generated from a database of search warrant evidence detailed in paragraph 12 above. From this comparison your affiant was able to match 21 of the Program's clients to information seized. Information that was matched included RHD client names, Social Security numbers, and /or dates of birth. The 21 clients included WG, JB, DD, and MS. As to three of these four clients of the Program, fraudulent driver's licenses bearing DEVINE's photograph were seized. Additionally, your affiant's review of bank records found that at least 12 checking accounts had been opened in the names of WG, JB, DD, and MS at four different banks during 2010 and 2011. Bank officials indicate the majority of these accounts were either opened over the telephone or over the internet. Five of the bank accounts were drained of available funds following the deposit of bad checks. In total, at least $11,598 in bad checks was deposited into the five accounts which resulted in an actual loss of $9,858 to the banks.

15.   Your affiant and other federal agents have reviewed bank records for more than 140 checking accounts subpoenaed in this investigation. To date, 93 checking accounts have been linked to the scheme. Among the accounts reviewed was an account that was opened at Citizens Bank in the name of Derrick Elrod (the Elrod account). The Elrod account was opened on April 27, 2010 with a $50 cash deposit. On July 2, 2010 a $600 check drawn on a Beneficial Bank account in the name of Felicia Devine was deposited to the Elrod account. (Your affiant

5



knows Felicia Devine to be the sister of Christopher Devine.) On July 14, 2010 the Elrod account had a balance of $.05 in it before a $2,100 check was deposited into the account. The deposited check was drawn on an account at TD Bank in the name of Nicole Watson. Citizens Bank made funds available in Elrod's account following the deposit of the Watson check. On July 15, 2010, $2,028.88 worth of ATM withdrawals and large purchases were made at Wal-Mart, Home Depot, and Target from available funds in the Elrod account. On July 16, 2010, a $2,700 check drawn on a Beneficial Bank account in the name School District of Philadelphia was deposited to the Elrod account. On July 21, 2010 and July 22, 2010, the Watson check and the School District of Philadelphia check were returned to Citizens Bank for insufficient funds, leaving the Elrod account overdrawn by $2,028.83 before bank charges.

## CONCLUSION

16. Based on the foregoing, Your Affiant respectfully submits that there is probable cause to believe that Derrick ELROD, date of birth \*\*/\*\*/1977, committed violations of Title 18, United States Code, § 1349 (Conspiracy to Commit Bank Fraud); and Title 18, United States Code, § 1028A (Aggravated Identity Theft).

Special Agent Mark Joyner
Homeland Security Investigations

Sworn and subscribed before me
this \_\_\_\_ day of July, 2012

_____
Paul W. Grimm
UNITED STATES MAGISTRATE JUDGE